|   |   |
|---|---|
| 1 | MARK J. CONNOT (SBN 010010) |
|   | mconnot@foxrothschild.com |
| 2 | KEVIN M. SUTEHALL (SBN 009437) |
|   | ksutehall@foxrothschild.com |
| 3 | FOX ROTHSCHILD LLP |
|   | One Summerlin |
| 4 | 1980 Festival Plaza Dr. |
|   | Suite 700 |
| 5 | Las Vegas, Nevada 89135 |
|   | Telephone:   702.262.6899 |
| 6 | Facsimile:    702.597.5503 |
| 7 | Attorneys for Defendants |
|   | Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, |
| 8 | NuLeaf CLV Dispensary, LLC, and NuLeaf Clark |
|   | Dispensary, LLC |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| NULEAF NATURALS, LLC, a Colorado Limited Liability Company, | Case No. 2:24-cv-02075-CDS-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT FOR AN INJUNCTION FOR TRADEMARK INFRINGEMENT** |
| v. | |
| JUSHI NV, INC., a Delaware Corporation; NULEAF INCLINE DISPENSARY, LLC, a Nevada Limited Liability Company; NULEAF CLV DISPENSARY, LLC, a Nevada Limited Liability Company; and NULEAF CLARK DISPENSARY, LLC, a Nevada Limited Liability Company, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff NuLeaf Naturals, LLC ("Plaintiff") and Defendants Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, NuLeaf CLV Dispensary, LLC, and NuLeaf Clark Dispensary, LLC ("Defendants," together with Plaintiff, the "Parties"), respectfully request that the Court enter this Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint.  This is the Parties' first request.

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff filed its Complaint for an Injunction for Trademark Infringement (the "Complaint") on November 7, 2024, in the above-entitled court.

1

165298048.2

2. Plaintiff served the Complaint and summonses on Defendants on or about November 13, 2024.

3. The current deadline for Defendants to respond to Plaintiff's Complaint is December 4, 2024.

4. Due to the upcoming holiday schedules and unavailability of counsel, the Parties have agreed to extend the deadline for Defendants to respond to the Complaint by 30 days, up to and including January 3, 2025.

5. This request is not intended to cause delay or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Defendants to respond to Plaintiff's Complaint is extended to January 3, 2025.

| | |
|---|---|
| DATED this 2nd day of December, 2024 | DATED this 2nd day of December, 2024 |
| FOX ROTHSCHILD LLP | FAIRFIELD AND WOODS, P.C. |
| */s/ Kevin M. Sutehall* <br> MARK J. CONNOT (SBN 010010) <br> mconnot@foxrothschild.com <br> KEVIN M. SUTEHALL (SBN 009437) <br> ksutehall@foxrothschild.com <br> One Summerlin <br> 1980 Festival Plaza Dr. <br> Suite 700 <br> Las Vegas, Nevada 89135 <br><br> Attorneys for Defendants <br> Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, NuLeaf CLV Dispensary, LLC, and NuLeaf Clark Dispensary, LLC | */s/ J. Mark Smith* <br> J. MARK SMITH (*pro hac vice*) <br> 1801 California Street, Suite 2600 <br> Denver, Colorado 80202 <br> Email: jmsmith@fwlaw.com <br><br> SEMENZA RICKARD LAW <br> JARROD L. RICKARD (SBN 10203) <br> 10161 Park Run Drive, Ste. 150 <br> Las Vegas, Nevada 89145 <br> Email: jlr@semenzarickard.com <br><br> Attorneys for Plaintiff <br> NuLeaf Naturals, LLC |

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 12/3/2024

165298048.2