SEMENZA RICKARD LAW
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile:  (702) 920-8669
Email:  jlr@semenzarickard.com

FAIRFIELD AND WOODS, P.C.
J. Mark Smith, Esq. (*admitted pro hac vice*)
1801 California Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 830-2400
Facsimile:  (303) 830-1033
Email:  jmsmith@fwlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NULEAF NATURALS, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JUSHI NV, INC., a Delaware Corporation; NULEAF INCLINE DISPENSARY, LLC, a Nevada Limited Liability Company; NULEAF CLV DISPENSARY, LLC, a Nevada Limited Liability Company; and NULEAF CLARK DISPENSARY, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Civil Action No.:  24-cv-02075-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIM**<br>**(First Request)** |

Plaintiff, NuLeaf Naturals, LLC, and Defendants Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, Nuleaf CLV Dispensary, LLC and NuLeaf Clark Dispensary, LLC (collectively "Defendants"), by and through their respective counsel, respectfully request the Court enter this Stipulation to Extend Time to Answer or Otherwise Respond to Counterclaim pursuant to LR IA 6-1, and in support thereof state as follows:

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1. On November 7, 2024, Plaintiff filed its Complaint for an Injunction for Trademark Infringement ("Complaint") [Doc. 1].

2. Plaintiff served the Complaint and summonses on Defendants on or about November 13, 2024.

3. Defendants filed their Answer to Plaintiff's Complaint for an Injunction for Trademark Infringement; and Counterclaims on January 3, 2025.

4. Pursuant to F.R.C.P. 12(a)(1)(B), the current deadline for Plaintiff to file an Answer or other response to Defendants' Counterclaims is January 24, 2025.

5. Due to the press of other business, the Parties have agreed to extend the deadline for Plaintiff to respond to the Counterclaims by four (4) days, up to and including January 28, 2025.

6. This request is not intended to cause delay or prejudice any party.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Plaintiff to respond to Defendants' Counterclaims is extended to January 28, 2025.

Dated this 23rd day of January 2025.

| FAIRFIELD AND WOODS, P.C. | FOX ROTHSCHILD LLP |
|---|---|
| */s/ J. Mark Smith* | */s/ Kevin M. Sutehall* |
| J. Mark Smith, Esq. (*admitted Pro Hac Vice*) | Kevin M. Sutehall, Bar No. 009437 |
| 1801 California Street, Suite 2600 | Mark J. Connot, Bar No. 010010 |
| Denver, Colorado 80202 | One Summerlin |
| Email: jmsmith@fwlaw.com | 1980 Festival Plaza Dr., Suite 700 |
| | Las Vegas, Nevada 89135 |
| SEMENZA RICKARD LAW | Email: ksutehall@foxrothschild.com |
| Jarrod L. Rickard, Esq., Bar No. 10203 | Email: mconnot@foxrothschild.com |
| 10161 Park Run Drive, Suite 150 | |
| Las Vegas, Nevada 89145 | *Attorneys for Defendants* |
| Email: jlr@semenzarickard.com | |
| *Attorneys for Plaintiff* | |

DATED: __January 24__. 2025

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

2