Kevin M. Sutehall, Bar No. 009437
Mark J. Connot, Bar No. 010010
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Phone: 702-262-6899
Fax: 702-597-5503
Email: ksutehall@foxrothschild.com
Email: mconnot@foxrothschild.com

Jonathan R. Lagarenne (*pro hac vice*)
**FOX ROTHSCHILD LLP**
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Phone: 609-896-3600
Fax: 609-896-1469
Email: jlagarenne@foxrothschild.com

*Attorneys for Defendants, Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, Nuleaf CLV Dispensary, LLC and NuLeaf Clark Dispensary, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NULEAF NATURALS, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JUSHI NV, INC., a Delaware Corporation; NULEAF INCLINE DISPENSARY, LLC, a Nevada Limited Liability Company; NULEAF CLV DISPENSARY, LLC, a Nevada Limited Liability Company; and NULEAF CLARK DISPENSARY, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:24-cv-02075-CDS-DJA<br><br>**STIPULATION TO STAY DISCOVERY AND AMEND SCHEDULING ORDER PENDING SETTLEMENT NEGOTIATIONS**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 26(c), and Local Rules 7-1 and 26-3, Plaintiff NuLeaf Naturals, LLC ("NuLeaf" or "Plaintiff") and Defendants, Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, NuLeaf CLV Dispensary, LLC and NuLeaf Clark Dispensary, LLC (collectively, "Jushi" or "Defendants," together with Plaintiff the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and respectfully request that the court stay discovery and amend the Stipulated Discovery Plan and Scheduling Order (as Amended) entered in the above action. (ECF 26). In support thereof, the Parties state as follows:

1

1. On December 3, 2024, the Court granted the Parties' Stipulation to Extend Deadline to Respond to Plaintiff's Complaint for Injunction for Trademark Infringement (First Request) (ECF No. 16).

2. On January 3, 2025, Defendants filed their Answer to Plaintiff's Complaint and Counterclaims (ECF No. 17).

3. On January 24, 2025, the Court granted the Parties' Stipulation to Extend Time to Answer or Otherwise Respond to the Counterclaim (First Request) (ECF No. 19).

4. On January 28, 2025, Plaintiff filed its Answer to Defendants' Counterclaims (ECF No. 20).

5. On February 18, 2025, Defendants filed their Amended Answer to Complaint; and Counterclaims. (ECF No. 24).

6. On Feburary 25, 2025, the Court granted in part and denied in part the Parties' Discovery Plan and Scheduling Order. (ECF No. 26).

7. On March 4, 2025, Plaintiff filed its Answer to Amended Counterclaims. (ECF No. 27),

8. On May 7, 2025, Plaintiff filed an Unopposed Motion to Amend Complaint. (ECF No. 28).

9. On May 8, 2025, the Court, granted Plaintiff's Motion to Amend Complaint, ordered Plaintiff to file and serve the amended complaint (ECF No. [28-1]) as required by Local Rule 15-1(b). (ECF No. 29).

10. On May 9, 2025, Plaintiff filed its First Amended Complaint and the parties have agreed that Defendant will answer within twenty (20) days after Plaintiff declares settlement negotiations finished or at an impasse.

11. No trial date has been set in this matter.

12. The parties are actively engaged in good faith settlement negotiations to resolve this matter without further litigation. The parties believe that a temporary stay of discovery and modification of the scheduling order will conserve judicial resources and the parties' resources by avoiding unnecessary discovery costs during these discussions.

1       13.      The Parties submit that good cause exists for this request, as settlement negotiations are ongoing, and a stay will promote efficiency and potentially resolve the case without further court intervention. The parties have conferred and agree that a stay of discovery for 60 days is appropriate to focus on settlement efforts.

      14.      Courts have "broad discretionary power to control discovery." *Miller v. Republic Silver State Disposal, Inc.*, 2022 WL 4355595, at *1 (D. Nev. Sept. 19, 2022) (citing *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988)). Consistent with that discretion and particularly when the parties stipulate, this Court stays discovery when good cause exists and the pending motion can be decided without further discovery. *Id.* at *1-2; *see also, e.g.*, *Bloom v. Zuffa, LLC.*, 2023 WL 6197341, at *4 (D. Nev. Sept. 22, 2023).

      15.      The Parties request that the Court (a) stay all discovery obligations, including but not limited to depositions, written discovery, and expert disclosures, for a period of 60 days from the date of this Court's Order; (b) extend all deadlines in the current Scheduling Order (ECF No. 26) including discovery cutoff, motion deadlines, and other related dates, by 60 days or as the Court deems appropriate; and (c) require the Parties to file a Joint Status Report 30 days from the date of this Order to update the Court on the status of settlement negotiations.

      16.      This stipulation is not intended to cause delay or prejudice any party's rights or defenses and is entered into solely to facilitate settlement discussions.

WHEREFORE, the Parties respectfully request that the Court grant this stipulation and enter an order staying discovery and amending the scheduling order as set forth above.

[Signature block and proposed order on following page.]

DATED: July 23, 2025

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
KEVIN M. SUTEHALL (SBN 009437)
MARK J. CONNOT (SBN 010010)
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Email: ksutehall@foxrothschild.com
Email: mconnot@foxrothschild.com

Jonathan R. Lagarenne (*pro hac vice*)
**FOX ROTHSCHILD LLP**
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email: jlagarenne@foxrothschild.com
*Attorneys for Defendants*

DATED: July 23, 2025

**SEMENZA RICHARD LAW**

*/s/ J. Mark Smith*
JARROLD L. RICKARD (SBN 10203)
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Email: jlr@semenzarickard.com

J. Mark Smith, Esq. (*pro hac vice*)
**FAIRFIELD AND WOODS, P.C.**
1801 California Street, Suite 2600
Denver, Colorado 80202
Email: jmsmith@fwlaw.com
*Attorneys for Plaintiff*

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 31) is **granted in part and denied in part.** It is granted in part regarding the parties' request for a stay of discovery and for the Court to require them to file a joint status report. It is denied in part regarding the parties' request for an extension of discovery deadlines.

**IT IS FURTHER ORDERED** that discovery is stayed until **September 22, 2025.**

**IT IS FURTHER ORDERED** that the parties must file a joint status report regarding the status of their settlement negotiations on or before **September 22, 2025.** If the parties need additional time for their negotiations, they must also stipulate to extend the stay. If the parties' wish to move forward with discovery, they must also stipulate to extend discovery deadlines.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 24, 2025