SEMENZA RICKARD LAW
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
Email: jlr@semenzarickard.com

FAIRFIELD AND WOODS, P.C.
J. Mark Smith, Esq. (*admitted Pro Hac Vice*)
1801 California Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 830-2400
Facsimile: (303) 830-1033
Email: jmsmith@fwlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NULEAF NATURALS, LLC, a Colorado Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JUSHI NV, INC., a Delaware Corporation; NULEAF INCLINE DISPENSARY, LLC, a Nevada Limited Liability Company; NULEAF CLV DISPENSARY, LLC, a Nevada Limited Liability Company; and NULEAF CLARK DISPENSARY, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Defendants. | Civil Action No.: 24-cv-02075-CDS-DJA<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY DISCOVERY FOR AN ADDITIONAL 30-DAY EXTENSION OF THE EXISTING STAY FOR SETTLEMENT NEGOTIATIONS**<br><br>**[SECOND REQUEST]** |

Pursuant to Court's recent order and Fed. R. Civ. P. 16(b)(4) and 26(c), and Local Rules 7-1 and 26-3, all Parties hereby submit this joint status report and proposed stipulation and jointly request an extension of 30 days of the previously allowed stay of proceedings to allow for continued negotiations for a potential settlement. Previously, on July 24, 2025, this Court granted a stay until September 22, 2025.

The Parties have been exchanging settlement proposals and are currently actively considering proposals and responses.

1

177696252.1

The Parties are in agreement that settlement, if it can be reached, will be a savings to the parties and to this Court and judicial resources, and thus are requesting the proposed extension of the stay. The delay of 30 additional days will not prejudice either party.

The Parties submit that good cause exists for this request, as a stay will promote efficiency and potentially resolve the case without further court resources. The Parties jointly respectfully request that this Court enter an additional 30 day stay to enable the parties to determine if a negotiated settlement can be accomplished.

WHEREFORE, the Parties request that this Court's prior order of July 24, 2025 be extended to and including October 30, 2025.

Dated this 2nd day of October 2025.

FOX ROTHSCHILD, LLP

*/s/ Kevin M. Sutehall*
Jonathan R. Lagarenne (*pro hac vice*)
Fox Rothschild, LLP
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email:  jlagarenne@foxrothschild.com

Kevin M. Sutehall (SBN 0094737)
Mark J. Connot (SBN 010010)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Email:  ksutehall@foxrothschild.com
Email:  mconnot@foxrothschild.com
*Attorneys for Defendants*

Dated this 2nd day of October, 2025.

SEMENZA RICKARD LAW

*/s/ J. Mark Smith*
J. Mark Smith (*pro hac vice*)
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Email:  jmsmith@fwlaw.com

Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Rund Drive, Suite 150
Las Vegas, Nevada 89145
Email:  jlr@semenzarickard.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  10/6/2025

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

177696252.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2025, I electronically filed a true and correct copy of the foregoing **JOINT STATUS REPORT AND STIPULATION TO STAY DISCOVERY FOR AN ADDITIONAL 30-DAY EXTENSION OF THE EXISTING STAY FOR SETTLEMENT NEGOTIATIONS** via the Court's CM/ECF system.

/s/ Doreen Loffredo
An employee of Fox Rothschild LLP

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3

177696252.1