1  **CONNOT LAW OFFICE PLLC**
   MARK J. CONNOT (10010)
2  8965 South Eastern Avenue, Ste. 382
   Las Vegas, NV  89123
3  Tel:  702.603.5445
   mconnot@connotlaw.com
4  Attorney for Defendants Jushi NV, Inc., NuLeaf Incline
   Dispensary, LLC, NuLeaf CLV Dispensary, LLC, and NuLeaf
5  Clark Dispensary, LLC

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10  NULEAF NATURALS, LLC, a Colorado          Case No.:  2:24-cv-02075-CDS-DJA
    Limited Liability Company,
11
                 Plaintiff,                    **MOTION TO WITHDRAW AS**
12                                             **COUNSEL**
    v.
13
    JUSHI NV, INC., a Delaware Corporation;
14  NULEAF INCLINE DISPENSARY, LLC, a
    Nevada Limited Liability Company; NULEAF
15  CLV DISPENSARY, LLC, a Nevada Limited
    Liability Company; and NULEAF CLARK
16  DISPENSARY, LLC, a Nevada Limited
    Liability Company,
17
                 Defendants.
18

19       **COMES NOW,** Mark J. Connot, formerly of Fox Rothschild LLP, and respectfully

20  requests leave of Court to withdraw as counsel of record for Defendants Jushi NV, Inc., NuLeaf

21  Incline Dispensary, LLC, NuLeaf CLV Dispensary, LLC, and NuLeaf Clark Dispensary, LLC

22  ("Defendants") in the above action.  In support of the foregoing, the undersigned hereby states as

23  follows:

24       1.     Mark J. Connot is no longer affiliated with the law firm of Fox Rothschild LLP and

25  respectfuly moves to withdraw as counsel for Defendants, but does not seek to withdraw the

26  appearance of the firm of Fox Rothschild LLP or its remaining attorneys.

27       2.     This request is made for good cause and not for the purpose of delay; and withdrawal

28  will not unfairly prejudice any party or unduly delay the proceedings.

1      3.      Notice of this motion has been provided to all counsel of record.

2      WHEREFORE, Mark J. Connot, of Connot Law Office PLLC, respectfully requests that

3  the Court grant this motion to withdraw as counsel of record for Defendants, authorizing the Clerk

4  to remove Mark J. Connot, of Fox Rothschild LLP, mconnot@foxrothschild.com, from the

5  CM/ECF service list, and grant such other relief as the Court deems just and proper.

6      DATED this 8th day of October, 2025

7                                    **CONNOT LAW OFFICE PLLC**

8                                    */s/ Mark J. Connot*
                                     Mark J. Connot (10010)
9                                    8965 South Eastern Avenue, Ste. 382
                                     Las Vegas, NV  89123
10                                   Tel:  702.603.5445
                                     mconnot@connotlaw.com
11

12

13

14

15                                   **IT IS SO ORDERED:**

16

17                                   _____
                                     DANIEL J. ALBREGTS
                                     UNITED STATES MAGISTRATE JUDGE

18
                                     DATED: 10/9/2025
19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on October 8th, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system. Notification of filing will be sent to all counsel of record via the Court's electronic filing system.

/s/ Mark J. Connot
Mark J. Connot

3