SEMENZA RICKARD LAW
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
Email:  jlr@semenzarickard.com

FAIRFIELD AND WOODS, P.C.
J. Mark Smith, Esq. (*admitted Pro Hac Vice*)
1801 California Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 830-2400
Facsimile:  (303) 830-1033
Email:  jmsmith@fwlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NULEAF NATURALS, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JUSHI NV, INC., a Delaware Corporation; NULEAF INCLINE DISPENSARY, LLC, a Nevada Limited Liability Company; NULEAF CLV DISPENSARY, LLC, a Nevada Limited Liability Company; and NULEAF CLARK DISPENSARY, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Civil Action No.: 2:24-cv-02075-CDS-DJA<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY DISCOVERY FOR AN ADDITIONAL 30-DAY EXTENSION OF THE EXISTING STAY FOR SETTLEMENT NEGOTIATIONS**<br><br>**[THIRD REQUEST]** |

Pursuant to Court's recent order and Fed. R. Civ. P. 16(b)(4) and 26(c), and Local Rules 7-1 and 26-3, all Parties hereby submit this joint status report and proposed stipulation and jointly request an extension of 30 days of the previously allowed stay of proceedings to allow for continued negotiations for a potential settlement.  Previously, on October 6 2025, this Court granted a stay until October 30, 2025.

The Parties have reached a settlement agreement. The parties are exchanging execution copies and will dismiss the case thereafter.

1

178712899.1

1  The Parties submit that good cause exists for this request, as a stay will promote efficiency and potentially resolve the case without further court resources. The Parties jointly respectfully request that this Court enter an additional 30 day stay to enable the parties to execute the negotiated settlement agreement and dismiss the case.

WHEREFORE, the Parties request that this Court's prior order of October 6, 2025 be extended to and including November 30, 2025.

Dated this 3rd day of November 2025.

FOX ROTHSCHILD, LLP

*/s/ Jonathan R. Lagarenne*
Jonathan R. Lagarenne (*pro hac vice*)
Fox Rothschild, LLP
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email: jlagarenne@foxrothschild.com

*Attorneys for Defendants*

Dated this 3rd day of November, 2025.

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Rund Drive, Suite 150
Las Vegas, Nevada 89145
Email: jlr@semenzarickard.com

J. Mark Smith (*pro hac vice*)
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Email: jmsmith@fwlaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/5/2025

2

178712899.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2025, I electronically filed a true and correct copy of the foregoing **JOINT STATUS REPORT AND STIPULATION TO STAY DISCOVERY FOR AN ADDITIONAL 30-DAY EXTENSION OF THE EXISTING STAY FOR SETTLEMENT NEGOTIATIONS [THIRD REQUEST]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

/s/ Olivia A. Kelly
An Employee of Semenza Rickard Law

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3

178712899.1