1  SEMENZA RICKARD LAW
Jarrod L. Rickard, Esq., Bar No. 10203
2  10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
3  Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669
4  Email:  jlr@semenzarickard.com

5
FAIRFIELD AND WOODS, P.C.
6  J. Mark Smith, Esq. (*admitted Pro Hac Vice*)
1801 California Street, Suite 2600
7  Denver, Colorado 80202
Telephone: (303) 830-2400
8  Facsimile:  (303) 830-1033
Email:  jmsmith@fwlaw.com
9  *Attorneys for Plaintiff*

10

11                    **UNITED STATES DISTRICT COURT**

12                        **DISTRICT OF NEVADA**

13

14  NULEAF NATURALS, LLC, a Colorado          Case No.: 2:24-cv-02075-CDS-DJA
    Limited Liability Company,

15                    Plaintiff                **STIPULATION OF DISMISSAL**
                                               **WITHOUT PREJUDICE**
16  v.

17  JUSHI NV, INC., a Delaware Corporation;
    NULEAF INCLINE DISPENSARY, LLC, a
18  Nevada Limited Liability Company;
    NULEAF CLV DISPENSARY, LLC, a
19  Nevada Limited Liability Company;
    and NULEAF CLARK DISPENSARY,
20  LLC, a Nevada Limited Liability Company,

21                    Defendants

22          In accordance with Federal Rule of Civil Procedure 41(a), Plaintiff NuLeaf Naturals, LLC

23  ("NLN") and Defendants Jushi NV, Inc., NuLeaf Incline Dispensary, LLC, NuLeaf CLV

24  Dispensary, LLC and NuLeaf Clark Dispensary, LLC (collectively, "Jushi" or "Defendants"), by

25  and through their respective undersigned counsel, hereby stipulate to the dismissal without

26  prejudice of their respective claims and counterclaims.  The parties agree that each party will bear

27  ///

28

*SEMENZA RICKARD LAW*
*10161 Park Run Drive, Suite 150*
*Las Vegas, Nevada 89145*
*Telephone:  (702) 835-6803*

1    its own respective attorneys' fees, costs, and expenses incurred in the litigation of this action.

2    Dated this 2nd day of December, 2025.        Dated this 2nd day of December, 2025.

3    FOX ROTHSCHILD, LLP                          SEMENZA RICKARD LAW

4    /s/ Jonathan R. Lagarenne                    /s/ Jarrod L. Rickard
     Jonathan R. Lagarenne (*pro hac vice*)       Jarrod L. Rickard, Esq., Bar No. 10203
5    Fox Rothschild, LLP                          10161 Park Run Drive, Suite 150
     212 Carnegie Center, Suite 400               Las Vegas, Nevada 89145
6    Princeton, New Jersey 08540                   Email: jlr@semenzarickard.com
7    Email: jlagarenne@foxrothschild.com

8                                                 J. Mark Smith (*pro hac vice*)
                                                  Fairfield and Woods, P.C.
     *Attorneys for Defendants*                   1801 California Street, Suite 2600
9                                                 Denver, Colorado 80202
                                                  Email: jmsmith@fwlaw.com
10

11                                                *Attorneys for Plaintiff*

12                                                Based on the parties' stipulation, this case is
                                                  dismissed without prejudice, with each party to
13                                                bear its own costs and fees. The Clerk of Court
                                                  is kindly instructed to close this case.
14

15

16   _____

17   UNITED STATES DISTRICT JUDGE

18   DATED:  December 2, 2025

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803